**Carlos Obidio DELGADO–PORTILLO, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 04–71884.**

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2005.*

Decided July 18, 2005.

Carlos Obidio Delgado–Portillo, Los Angeles, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Linda S. Wendtland, Esq., Donald A. Couvillon, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

MEMORANDUM **

Carlos Obidio Delgado–Portillo, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' summary affirmance of the immigration judge's ("IJ") denial of his application for asylum, withholding of removal

and relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We deny the petition.

Substantial evidence supports the IJ's finding that Delgado–Portillo failed to establish that the anonymous telephone threats he received were made by the government or forces that the government is unable or unwilling to control. *See Nahrvani v. Gonzales,* 399 F.3d 1148, 1153–54 (9th Cir.2005). Accordingly, Delgado–Portillo is not eligible for asylum.

Because Delgado–Portillo failed to demonstrate eligibility for asylum, he also failed to meet the higher burden under withholding of removal. *See id.* at 1154.

Delgado–Portillo also failed to demonstrate that it is more likely than not that he will be tortured if returned to El Salvador, and therefore, he is not eligible for CAT relief. *See id.*

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

